UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

U.S. BANKRUPTCY COURT
2026 JUL 23 P 2: 35

In re:
Christopher Kyricos
Debtor(s),

Chapter 13
Case no.: 26-11611
Judge: ______

**MOTION TO EXTEND TIME BY DEBTOR(S) TO**
file schedules and plan

To the Honorable Judge Panos, United States Bankruptcy Judge:

The Debtor(s) herein, ______, make this Motion to Extend Time to ______.

This extension of time is requested because I uploaded old forms from .gov website which do not completely match the new ones I received in person at clerks office and prefer assurance. I am accurate, as I also understand that the pro se email address I used on July 20, 2026 was incorrect.

An extension of time is required to (date): 7 days

WHEREFORE, the Debtor(s) request that this motion be ALLOWED.

DATED: July 23rd

Signature: [signature]
______ *Pro se*

Joint Debtor: ______
______ *Pro se*

Address: ______
______

Telephone Number: ______