**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Christopher James Kyricos<br><br>Debtor | Chapter 13<br>26-11611-CJP |

**ORDER**

**MATTER:**
#7 Order to Update.

THE DEBTOR HAVING FAILED TO FILE THE OUTSTANDING DOCUMENTS DUE PURSUANT TO THE ORDER TO UPDATE [ECF NO. 7] BY THE EXTENDED DEADLINE, THE CASE IS HEREBY DISMISSED.

Dated: 08/17/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge