UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>CHRISTOPHER JAMES KYRICOS,<br><br>Debtor. | Chapter 13<br>Case No. 26-11611-CJP |

**RESPONSE OF COUNTY MORTGAGE LLC TO EMERGENCY MOTION TO VACATE DISMISSAL AND REINSTATE CASE DUE TO SUDDEN MEDICAL EMERGENCY**

This Court dismissed this case by order dated August 17, 2026 [ECF No. 24] (the "Dismissal Order") because the debtor Christopher James Kyricos (the "Debtor") had failed to file all of his required schedules and statements, or a Chapter 13 plan, by the deadline of August 13, 2026 (a deadline that had initially been July 20, 2026 but was extended first to July 27, 2026 and then to August 13, 2026). The Debtor has now filed an Emergency Motion to Vacate Dismissal and Reinstate Case Due to Sudden Medical Emergency [ECF No. 27] (the "Motion"). Creditor County Mortgage LLC ("County"), the holder of the first mortgage on the Debtor's residence, hereby files this response to the Motion.

County takes no position on the Debtor's request to reinstate his bankruptcy case, leaving determination of that request to the sound discretion of this Court (although County notes that the Debtor has failed to file any document that comes close to constituting a Chapter 13 plan, let alone a plan in the mandatory format of Massachusetts Local Form 3). The bar date for filing proofs of claim that was set when this case was filed, however, and which has never been extended, was **September 14, 2026**. Because the case was dismissed on August 17, 2026 (and

because the Debtor's case had been subject to dismissal virtually since the date it was filed because of the Debtor's failure to file required documents), County has not yet filed a proof of claim (notwithstanding the Debtor's suggestions to the contrary, the Debtor's loan with County is not current and the Debtor owes County a very large arrearage). Therefore, County requests that, if the Court does choose in its discretion to vacate the Dismissal Order, then the Court also vacate the September 14, 2026 bar date, and set a new bar date at least 21 days after the date the Court acts on the Motion.

Respectfully submitted,

COUNTY MORTGAGE LLC,

By its attorneys,

/s/ Adam J. Ruttenberg

Adam J. Ruttenberg, BBO 553158
BEACON LAW GROUP, LLC
935 Great Plain Avenue, #116
Needham, MA 02492
(617) 235-8600
aruttenberg@beaconlawgroup.com

Dated: September 4, 2026

## CERTIFICATE OF SERVICE

I, Adam J. Ruttenberg, hereby certify that on September 4, 2026, a true and correct copy of **Response of County Mortgage LLC to Emergency Motion to Vacate Dismissal and Reinstate Case Due to Sudden Medical Emergency** was served by first-class mail, postage prepaid, upon:

Christopher James Kyricos
643 Summer Street
Marshfield, MA 02050

I understand that notice of this filing was sent by the Court, by e-mail, to:

- Carolyn Bankowski-13-12 13trustee@ch13boston.com
- Samantha J. Court scourt@gelinasandward.com
- Richard King - B USTPRegion01.BO.ECF@USDOJ.GOV

/s/ Adam J. Ruttenberg
Adam J. Ruttenberg