**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>CHRISTOPHER JAMES KYRICOS,<br>Debtor | Chapter 13<br>Case No. 26-11611-CJP |

**TRUSTEE'S RESPONSE TO DEBTOR'S EMERGENCY MEDICAL NOTICE AND REQUEST FOR CONTINUANCE OF §341 MEETING**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and files this Response to the Debtor's Emergency Medical Notice and Request for Continuance of §341 Meeting ("the Notice"), as follows:

1. The Debtor filed this Chapter 13 case on July 6, 2026. A meeting of creditors was scheduled for August 18, 2026.

2. On August 17, 2026, the Court entered an Order dismissing the Debtor's Chapter 13 case. On August 18, 2026, the Debtor filed the Notice. Because the case was already dismissed the meeting of creditors did not take place.

3. In the event the Court grants the Debtor's pending Emergency Motion to Vacate Dismissal and Reinstate Case (docket entry #27), the meeting of creditors will be rescheduled.

Dated: September 8, 2026

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
By: /s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>CHRISTOPHER JAMES KYRICOS,<br>Debtor | Chapter 13<br>Case No. 26-11611-CJP |

Certificate of Service

The undersigned hereby certifies that on March 3, 2026 a copy of the Trustee's Objection was served via first class mail postage prepaid, or by electronic notice, upon the pro se debtor at the address set forth below.

Christopher James Kyricos
643 Summer Street
Marshfield, MA 02050

/s/Patricia A. Remer
Patricia A. Remer, BBO#639594