**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

**In Re:**

Christopher James Kyricos

**Debtor**

Chapter 13
Case Number 26-11611

# MOTION BY HANSCOM FEDERAL CREDIT UNION FOR EXTENSION OF TIME TO FILE PROOF OF CLAIM

To the Honorable Christopher J. Panos, Bankruptcy Judge:

Hanscom Federal Credit Union ("Creditor") hereby moves this Court for a 30-day extension to file its proof of claim pursuant to Rule 13-13. As grounds for this motion Creditor states as follows:

1. Creditor has a valid second mortgage ("Mortgage") on property located at 643 Summer Street, Marshfield, MA ("Premises") which is the home address of the Debtor.

2. The Mortgage was granted by Christopher Kyricos on August 13, 2022, in the amount of $185,900.00, and recorded on August 18, 2022, at Book 57141, Page 321.

3. This Court dismissed the above referenced case on August 17, 2026, and as of the date of this Motion, the case is not active.

4. Debtor filed a Motion to Vacate the Dismissal on August 27, 2026, to which the Trustee objected, and this Court has not rendered a decision as of the date of this Motion.

5. Creditor moves this Court for permission to file a late proof of claim, as the proof of claim deadline is today, September 14, 2026, but due to Creditor's confusion on the status of the case, inadvertence, and delay in obtaining and assembling documentation, the proof of claim will not be filed in a timely manner.

6. Due to the current inactive status of this case and the Defendant's motion to revive this case, Creditor asks this court to extend the Claim filing deadline if the case is

revived or allow Creditor to file a late Proof of Claim within 30 days of the date of this Motion.

Wherefore the Creditor requests an additional 30 days to file its Proof of Claim.

Respectfully submitted,
Hanscom Federal Credit Union
By its Attorney

Dated: September 14, 2026

/s/ Samantha J. Court
Samantha J. Court, Esq. BBO# 675318
Gelinas Petersen Meyers Ryan & Court LLP
106 Merriam Avenue
Leominster, MA 01453
Tel. No. (978) 537-2200 x 309
scourt@gpmrc.com

## CERTIFICATE OF SERVICE

I, Samantha J. Court, Esquire, state that on September 14, 2026, I electronically filed the foregoing Motion and accompanying documents, if any, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of U.S. Trustee
Richard King Assistant U.S. Trustee
Carolyn Bankowski, Trustee

*And all others receiving notice via the ECF System.*

To such other parties, noted on the electronic docket as having received or requested service, or being parties in interest, I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Christopher James Kyricos
643 Summer Street
Marshfield, MA 02050

No other parties in interest being noted on the electronic docket as requiring service by mail. In accordance with MLBR 13-5, all parties in interest are noted herein have been served with this Motion.

/s/ Samantha J. Court
Samantha J. Court, Esq.